# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Meiners, on behalf of a class of all persons similarly situated, and on behalf of the Wells Fargo & Company 401(k) Plan, | Case No. 16-cv-03981 (DSD/FLN) |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM** |
| Wells Fargo & Company; Human Resources Committee of the Wells Fargo Board of Directors; Wells Fargo Employee Benefits Review Committee; Hope Hardison; Justin Thornton; Howard Atkins; Patricia Callahan; Michael Heid; Timothy Sloan; John Stumpf; Lloyd Dean; John Chen; Susan Engel; Donald James; and Stephen Sanger, | |
| Defendants. | |

Defendants Wells Fargo & Company; Human Resources Committee of the Wells Fargo Board of Directors; Wells Fargo Employee Benefits Review Committee; Hope Hardison; Justin Thornton; Patricia Callahan; Michael Heid; Timothy Sloan; Lloyd Dean; John Chen; Susan Engel; Donald James; and Stephen Sanger hereby respectfully move the Court for an Order dismissing the Class Action Complaint with prejudice in its entirety for failure to state a claim, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). This motion is based upon all the files and records herein, including the parties' memorandum of law and all exhibits and affidavits thereto, which will be submitted in compliance with the Federal Rules of Civil Procedure and the rules of this Court, as well as the arguments of counsel.

4813-0117-1780\1

In light of Plaintiff's Unopposed Motion for Dismissal of Defendants John Stumpf and Howard Atkins, dated February 27, 2017, no motion to dismiss is made at this time on behalf of John Stumpf and Howard Atkins.

Dated:   February 27, 2017			**DORSEY & WHITNEY LLP**

By     s/ Andrew Holly
Stephen P. Lucke (#154210)
lucke.steve@dorsey.com
Andrew Holly (#308171)
holly.andrew@dorsey.com
Kirsten E. Schubert (#03883961)
schubert.kirsten@dorsey.com
Nicholas J. Bullard (#0397400)
bullard.nick@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendants*