## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| John Meiners | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 16-3981 DSD/FLN |
| Wells Fargo & Company, et al. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' motion to dismiss [ECF No. 32] is granted; and
2. The case is dismissed with prejudice.

| | |
|---|---|
| Date: 5/26/2017 | RICHARD D. SLETTEN, CLERK |
| | s/A. Linner |
| | (By)  A. Linner, Deputy Clerk |