# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Meiners, on behalf of a class of all persons similarly situated, and on behalf of the Wells Fargo & Company 401(k) Plan,<br><br>    Plaintiffs,<br><br>  v.<br><br>Wells Fargo & Company; Human Resources Committee of the Wells Fargo Board of Directors; Wells Fargo Employee Benefits Review Committee; Hope Hardison; Justin Thornton; Patricia Callahan; Michael Heid; Timothy Sloan; Lloyd Dean; John Chen; Susan Engel; Donald James; and Stephen Sanger,<br><br>    Defendants. | Case No.  16-cv-03981 (DSD/FLN)<br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that John Meiners, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 26th day of May, 2017.  Plaintiff John Meiners is qualified to bring this appeal as the representative of the class and the Wells Fargo & Company 401(k) Plan, as he is and was a participant in the plan and invested in the funds at issue in this action.

Dated:   June 22, 2017                  LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By:   /s/  Robert K. Shelquist
        Robert K. Shelquist, #21310X
        Rebecca A. Peterson, #392663
100 South Washington Avenue, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
rkschelquist@lcoklaw.com
rapeterson@locklaw.com

Richard M. Elias (admitted pro hac vice)
Greg G. Gutzler (admitted pro hac vice)
Tamara M. Spicer (admitted pro hac vice)
ELIAS GUTZLER SPICER LLC
130 South Bemiston Avenue, Suite 302
St. Louis, MO 63105
Telephone:  (314) 833-6645
Facsimile:  (314) 621-7607
relias@egslitigation.com
ggutzler@egslitigation.com
tspicer@egslitigation.com

Karen L. Handorf (admitted pro hac vice)
Geoffrey Graber (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, #500
Washington DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
khandorf@cohenmilstein.com
ggraber@cohenmilstein.com

**Counsel for Plaintiff and the Proposed Class**