## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 17-2397

_____

John Meiners, on behalf of a class of all persons similarly situated, and on behalf of the Wells Fargo & Company 401(k) Plan

Plaintiff - Appellant

v.

Wells Fargo & Company; Human Resources Committee of the Wells Fargo Board of Directors; Wells Fargo Employee Benefits Review Committee; Hope Hardison; Justin Thornton; Patricia Callahan; Michael Heid; Timothy Sloan; Lloyd Dean; John Chen; Susan Engel; Donald James; Stephen Sanger

Defendants - Appellees

------------------------------

Securities Industry and Financial Markets Association; American Benefits Council; Chamber of Commerce of the United States of America; Erisa Industry Committe

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-03981-DSD)
_____

**JUDGMENT**

Before GRUENDER, ERICKSON and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 03, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans